**No. 08-9723. Terrance Moore, Petitioner v. Ohio.**

559 U.S. 967, 130 S. Ct. 1685, 176 L. Ed. 2d 176, 2010 U.S. LEXIS 2024.

March 1, 2010. On petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the Court of Appeals of Ohio, Cuyahoga County, for further consideration in light of Melendez-Diaz v. Massachusetts, 557 U.S. 305, 129 S. Ct. 2527, 174 L. Ed. 2d 314 (2009).

**No. 09-906. Montgomery Blair Sibley, Petitioner v. Samuel A. Alito, Jr., Associate Justice, Supreme Court of the United States, et al.**

559 U.S. 965, 130 S. Ct. 1729, 176 L. Ed. 2d 176, 2010 U.S. LEXIS 2121.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. Because the Court lacks a quorum, 28 U.S.C. § 1, and since the only qualified Justice is of the opinion that the case cannot be heard and determined at the next Term of Court, the judgment is affirmed under 28 U.S.C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court." The Chief Justice, Justice Stevens, Justice Scalia, Justice Kennedy, Justice Thomas, Justice Ginsburg, Justice Breyer, and Justice Alito took no part in the consideration or decision of this petition.

**No. 09-6208. D. G., Petitioner v. Louisiana.**

559 U.S. 967, 130 S. Ct. 1729, 176 L. Ed. 2d 176, 2010 U.S. LEXIS 2114.

March 1, 2010. On petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the Court of Appeal of Louisiana, Fourth Circuit, for further consideration in light of Melendez-Diaz v. Massachusetts, 557 U.S. 305, 129 S. Ct. 2527, 174 L. Ed. 2d 314 (2009).

Same case below, 11 So. 3d 548.